STATE of Missouri, Respondent,

v.

**P.W. PETTERSON, Appellant.**

**No. WD 41751.**

Missouri Court of Appeals,
Western District.

Dec. 12, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 30, 1990.

Application to Transfer Denied
March 13, 1990.

P.W. Petterson, Trenton, pro se.

James T. Holcomb, Pros. Atty., Trenton,
for respondent.

Before BERREY, P.J., and
TURNAGE and ULRICH, JJ.

ORDER

PER CURIAM:

P.W. Petterson appeals his conviction for
driving a motor vehicle while his operator's
license was revoked in violation of
§ 302.321, RSMo 1986. The judgment is
affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

**Robert F. JOHNSON, Appellant.**

**No. WD 41885.**

Missouri Court of Appeals,
Western District.

Dec. 12, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 30, 1990.

Application to Transfer Denied
March 13, 1990.

James F. Crews of Crews & Gaw, Tipton,
for appellant.

William L. Webster, Atty. Gen., Ronald
L. Jurgeson, Asst. Atty. Gen., Jefferson
City, for respondent.

Before MANFORD, P.J., and
SHANGLER and CLARK, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for
passing bad checks, in violation of
§ 570.120, RSMo 1986.

Judgment affirmed. Rule 30.25(b).